# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHISN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SANDRA NORWOOD, an individual ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 17 cv 4107 |
| ) | Judge Feinerman |
| KT BOURBONNAIS, LLC, an Illinois ) | |
| Corp., d/b/a KANKAKEE TERRACE ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## **AGREED MOTION/ORDER OF DISMISSAL WITH PREJUDICE**

By agreement of the parties, the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this action and all claims asserted in this action be and are hereby dismissed with prejudice, each party to bear his, her or its own expenses, costs, and attorneys' fees incurred in connection herewith.

AGREED AND ENTRY REQUESTED BY:

| | |
|---|---|
| /s/ Carol Coplan Babbitt | /s/ Aharon S. Kaye |
| Carol Coplan Babbitt | Aharon S. Kaye |
| The Law Office of Carol Coplan Babbitt | Gutnicki LLP |
| 542 South Dearborn Street Suite 1010 | 4711 Golf Road, Suite 200 |
| Chicago, Illinois 60605 | Skokie, Illinois 60076 |
| Telephone: (312) 435-9775 | Telephone: (847) 745-6594 |
| | |
| *Attorney for Plaintiff Sandra Norwood* | *Attorney for Defendant KT Care, LLC d/b/a Kankakee Terrace Nursing Home* |

ENTERED this 8th day of September, 2017.

_____
Hon. Gary Feinerman, United States District Judge